# ELECTRONIC RECORD

COA # 01-14-00434-CR       OFFENSE: 38.04 (Evading Arrest)

STYLE: Alex Gonzalez v. The State of Texas       COUNTY: Harris

COA DISPOSITION: AFFIRM       TRIAL COURT: 339th District Court

DATE: 04/21/2015       Publish: NO   TC CASE #: 1368857

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Alex Gonzalez v. The State of Texas       CCA #: **741-15**

_____APPELLANT'S_____ Petition       CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____REFUSED_____       JUDGE: _____

DATE: 08/26/2015       SIGNED: _____   PC: _____

JUDGE: Per Curiam       PUBLISH: _____   DNP: _____

\- - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD